**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6628

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAYNE ACHILLE MCALLISTER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-01-57-MU)

Submitted: September 28, 2005      Decided: November 16, 2005

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Achille McAllister, Appellant Pro Se. Amy Elizabeth Ray, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Achille McAllister appeals the district court's order denying relief on his petition for writ of error audita querela under the All Writs Act, 28 U.S.C. § 1651(a) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. McAllister</u>, No. CR-01-57-MU (W.D.N.C. Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>